FILED
MAY -9 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07CR101-MEF |
| ) | [18 U.S.C. § 371 |
| KALA DENNIS ) | 18 U.S.C. § 1168(a) |
| ) | 18 U.S.C. § 1168(b) |
| ) | 18 U.S.C. § 2] |
| ) | |
| ) | **INDICTMENT** |

The Grand Jury charges:

### COUNT 1 (Conspiracy)

1. At all times relevant to this Indictment:

    a. The Poarch Band of Creek Indians ("Poarch Band") owned and operated the Tallapoosa Entertainment Center ("TEC") in Montgomery, Alabama.

    b. TEC was a gaming establishment operated by and for and licensed by an Indian tribe pursuant to an ordinance or resolution approved by the National Indian Gaming Commission.

    c. Defendant KALA DENNIS and Frederick Burrell were TEC employees.

2. From in or about July 2004 through in or about November 2004, in Montgomery County, Alabama, in the Middle District of Alabama,

KALA DENNIS,

defendant herein, did conspire with Burrell to embezzle, abstract, purloin, willfully misapply, and take and carry away with intent to steal monies, funds, assets, and other property of TEC with a value in excess of $1,000, contrary to Title 18, United States Code, Section 1168(b).

## OVERT ACTS

3. In order to effect the objects of the conspiracy, DENNIS and Burrell did a number of overt acts in the Middle District of Alabama. Specifically, on or about the dates set forth below, DENNIS and Burrell removed cash from TEC in the amounts set forth below and split it among themselves. On each occasion, they concealed the theft by altering TEC records to inflate by the amount they were stealing the sum that TEC had paid out as gambling winnings.

|    | DATE | AMOUNT |
| --- | --- | --- |
| a. | July 26, 2004 | 2,436.58 |
| b. | August 5, 2004 | 6,000.00 |
| c. | August 7, 2004 | 10,000.10 |
| d. | August 10, 2004 | 2,000.00 |
| e. | August 14, 2004 | 13,000.00 |
| f. | August 19, 2004 | 11,650.62 |
| g. | August 20, 2004 | 4,000.20 |
| h. | August 31, 2004 | 2,000.00 |
| i. | September 25, 2004 | 21,000.00 |
| j. | October 5, 2004 | 14,000.00 |
| k. | October 25, 2004 | 12,000.00 |
| l. | October 26, 2004 | 2,000.00 |
| m. | October 31, 2004 | 2,000.00 |
| n. | November 6, 2004 | 4,000.00 |
| o. | November 9, 2004 | 5,000.00 |
| p. | November 16, 2004 | 12,000.00 |
| q. | November 20, 2004 | 5,000.59 |

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-18 (Embezzlement by Indian Casino employee)

1. The allegations set forth in paragraphs 1 through 3 of Count 1 of this Indictment are hereby realleged as if set forth herein.

2. On or about the dates set forth below, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere, the defendant

KALA DENNIS

while aided and abetted by and while aiding and abetting Burrell, did embezzle, abstract, purloin, willfully misapply, and take and carry away with intent to steal monies, funds, assets, and other property of TEC with a value in excess of $1,000, as described below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 2 | July 26, 2004 | 2,436.58 |
| 3 | August 5, 2004 | 6,000.00 |
| 4 | August 7, 2004 | 10,000.10 |
| 5 | August 10, 2004 | 2,000.00 |
| 6 | August 14, 2004 | 13,000.00 |
| 7 | August 19, 2004 | 11,650.62 |
| 8 | August 20, 2004 | 4,000.20 |
| 9 | August 31, 2004 | 2,000.00 |
| 10 | September 25, 2004 | 21,000.00 |
| 11 | October 5, 2004 | 14,000.00 |
| 12 | October 25, 2004 | 12,000.00 |
| 13 | October 26, 2004 | 2,000.00 |
| 14 | October 31, 2004 | 2,000.00 |
| 15 | November 6, 2004 | 4,000.00 |

| 16 | November 9, 2004  | 5,000.00  |
| 17 | November 16, 2004 | 12,000.00 |
| 18 | November 20, 2004 | 5,000.59  |

All in violation of Title 18, United States Code, Sections 1168(b) and 2.

## COUNTS 19-41 (Embezzlement by Indian Casino employee)

1. The allegations set forth in paragraphs 1 through 3 of Count 1 and 1 through 2 of Counts 2-18 of this Indictment are hereby realleged as if set forth herein.

2. In addition to the thefts committed by DENNIS and Burrell described in Counts 1 and 2-18 of this Indictment, on several occasions, DENNIS stole TEC funds independent of Burrell, using the same method for concealing the thefts, that is, by altering TEC records to inflate the sum that TEC had paid out as gambling winnings.

3. On or about the dates set forth below, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere, the defendant

KALA DENNIS

did embezzle, abstract, purloin, willfully misapply, and take and carry away with intent to steal monies, funds, assets, and other property of TEC with a value in excess of $1,000, as described below:

| COUNT | DATE | AMOUNT |
|---|---|---|
| 19 | August 2, 2004 | 5,000.00 |
| 20 | August 9, 2004 | 3,000.00 |
| 21 | August 30, 2004 | 3,000.00 |
| 22 | September 4, 2004 | 3,000.00 |
| 23 | September 6, 2004 | 3,000.00 |
| 24 | September 10, 2004 | 9,000.00 |
| 25 | September 11, 2004 | 5,000.00 |
| 26 | September 12, 2004 | 10,000.00 |
| 27 | September 26, 2004 | 9,955.00 |
| 28 | October 2, 2004 | 4,000.00 |

| 29 | October 4, 2004 | 6,000.00 |
| 30 | October 9, 2004 | 2,000.00 |
| 31 | October 10, 2004 | 2,000.00 |
| 32 | October 11, 2004 | 10,000.00 |
| 33 | October 16, 2004 | 10,000.00 |
| 34 | October 17, 2004 | 10,000.00 |
| 35 | October 18, 2004 | 5,000.00 |
| 36 | October 23, 2004 | 5,000.00 |
| 37 | October 24, 2004 | 8,000.00 |
| 38 | October 30, 2004 | 5,000.00 |
| 39 | November 1, 2004 | 5,000.00 |
| 40 | November 15, 2004 | 2,000.00 |
| 41 | November 22, 2004 | 5,000.10 |

All in violation of Title 18, United States Code, Section 1168(b).

## COUNT 42

1. The allegations set forth in paragraphs 1 through 3 of Count 1, paragraphs 1 through 2 of Counts 2-18, and paragraphs 1 through 3 of Counts 19-41 of this Indictment are hereby realleged as if set forth herein.

2. On or about September 13, 2004, in Montgomery, Alabama, in the Middle District of Alabama, and elsewhere, the defendant

KALA DENNIS

did embezzle, abstract, purloin, willfully misapply, and take and carry away with intent to steal monies, funds, assets, and other property of TEC, in violation of Title 18, United States Code, Section 1168(a).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant United States Attorney