IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | * CASE NUMBER 2:07-CR-00101-MEF-WC |
| KAYLA DENNIS | * |
| Defendant. | * |

### DEFENDANT'S MOTION FOR A CONTINUANCE

**COMES NOW** the Defendant, KAYLA DENNIS, through her counsel of record, and moves for a continuance in this case. The case is quite complicated with many documents, and counsel needs additional time to prepare for trial. Counsel has co-ordinated this motion with the Assistant United States Attorney assigned to the case, and he has no objection to the request.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, by electronically filing, this the 4th day of June, 2007.

                                                      s/Everett M. Urech

                                                      Everett M. Urech