IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07cr101-MEF |
| | ) | |
| KALA DENNIS | | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from July 9, 2007 to October 15, 2007 and for good cause, it is

ORDERED that the parties shall appear for a pretrial conference on August 27, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge. The pretrial conference presently set for June 18, 2007 is cancelled.

DONE this 12th day of June, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE