IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Complainant, | * | |
| vs. | * | CASE NUMBER   2:07-CR-00101-MEF-WC |
| KAYLA DENNIS | * | |
| Defendant. | * | |

## DEFENDANT'S MOTION FOR ISSUANCE OF A SUBPOEA DUCES TECUM

**COMES NOW** the Defendant, Kayla Dennis, through her counsel of record, and under

Local Rule of Court 45.1(b) asks that the court approve issuance of a subpoena to the Poarch

Band of Creek Indians, Tribal Gaming Commission, to produce personnel records of certain

employees of the Tallapoosa Gaming Center.  A copy of the subpoeana is a attached.

The Defendant was an employee of the gaming center and is accused of taking money

from the center.  The Poarch Band of Creek Indians own and manage the gaming center.  In the

gaming center's personnel records are the names, last know addresses and telephone numbers of

fellow employees of the Defendant.  The location of these employees for future subpoenas is

essential to the Defendant's case.

The government has produced in discovery, and is expected to introduce as evidence in

the case, certain documents that were signed by employees of the gaming center.  Defense counsel

needs to subpoena these employees.  Counsel does not have their addresses or telephone

numbers.

Therefore, counsel asks that this subpoena duces tecum be served so he may secure such records.

Respectfully submitted,

**s/Everett M. Urech**
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, by electronically filing, this the 12th day of July, 2007.

s/Everett M. Urech

_____

Everett M. Urech

AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court

## MIDDLE DISTRICT OF ALABAMA

United States of America,

SUBPOENA IN A
CRIMINAL CASE

v.

Kala Dennis,
    Defendant

CASE NUMBER:    **2:07-CR-00101-MEF-WEC**

TO:

Eddie L. Tullis, Tribal Chairman or current Chairman
Poarch Band of Creek Indians
Tribal Gaming Commission
90 Poarch Road, Atmore, AL  36502

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. Federal Courthouse<br>One Church Street<br>Montgomery, Alabama | **Judge Mark Fuller**<br><br>DATE AND TIME<br>October 15, 2007 10:00 AM |

☒ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Personnel records of the following employees of the Tallapoosa Entertainment Center to include last known address and telephone number:  Melanie Boatwright, Wilma Henderson, Julie Bailey, Veronica Gilcrest, Kim Sanfield, Rachel Samuel, Hortensia Williams, Laquanda Bibb, Laushica Johnson

In lieu of personal appearance before the court this subpoena may be complied with by delivering the subpoened documents on or before August 27, 2007 via U.S. Mail or facsimilie transmission to:

Everett M. Urech, Attorney at Law, Urech & Livaudais, P.C.
510 North Daleville Avenue
Daleville, AL  36322
(334) 598-4455 fax (334) 598-2076

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| <br>(BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Everett M. Urech, Urech & Livaudais, P.C.
510 N. Daleville Avenue, Daleville, AL  36322   (334) 598-4455 fax (334) 598-2076

AO 89    (Rev. 7/95)    Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE | PLACE |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ YES    ☐ NO AMOUNT $_____ |
| SERVED BY (PRINT NAME) | TITLE |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
          *Date*

_____
*Signature of sever*

_____
*Address of sever*

ADDITIONAL INFORMATION