# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR NO. 2:07cr101-MEF |
| | ) | |
| **KALA DENNIS** | ) | |

## ORDER ON MOTION

On July 12, 2007, Kala Dennis, Defendant, filed a Motion for Issuance of a Subpoena *Duces Tecum* (Doc. #14). Upon consideration of Defendant's motion, it is

ORDERED that Defendant's motion for issuance of Subpoena *Duces Tecum* (Doc. #14) is GRANTED. It is further

ORDERED that the requested Subpoena *Duces Tecum* be issued to **Eddie L. Tullis, Tribal Chairman or current Chairman, Poarch Band of Creek Indians, Tribal Gaming Commission, 90 Poarch Road, Atmore, Alabama 36502,** for the production of the requested personnel records, to Defendant's Counsel at 510 North Daleville Avenue, Daleville, Alabama 36322 or via fax at 334-598-2076, on or before August 27, 2007. In the event that the personnel records are not produced, Eddie L. Tullis shall appear before the Honorable Mark Fuller on October 15, 2007, with the requested documents. It is further

ORDERED that **Defense counsel's office will serve this subpoena**. It is further

ORDERED the cost of transportation, subsistence, and fees for the witnesses shall

be paid by the United States Marshall in the same manner as witnesses subpoenaed by the Government.

Done this 16th day of July, 2007.

/s/ Wallace Capel, Jr..
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE