IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | * CASE NUMBER  2:07-CR-00101-MEF-WC |
| KAYLA DENNIS | * |
| Defendant. | * |

### DEFENDANT'S RESPONSE TO MOTION TO QUASH SUBPOENA

**COMES NOW** the Defendant, Kayla Dennis, through her counsel of record, and responds to the Motion to Quash Subpoena of the Poarch Band of Creek Indians. Counsel for the tribe has put forth two reasons to quash the subpoena -- (1) because the Defendant did not subpoena the proper party and (2) the subpoena is unreasonable and oppressive. I shall address these objections in reverse order.

I.  Is the subpoena unreasonable and oppressive?

This subpoena was approved by the court upon motion of Ms. Dennis' counsel. Counsel's motion explained the necessity for the subpoena.

In discovery to the Defendant, the prosecution supplied many documents that purport to incriminate Ms. Dennis. These documents disclose the names of witnesses who must be called to testify. For example, count 19 of the indictment charges Ms. Dennis with theft of $5000.00 from the casino on August 2, 2004. Documents supporting this count are found at pages 21 through 30 of the discovery materials. The documents on pages 21, 25, and 28 (attached as

Exhibit A to this response) on their face appear to be some sort of cash control sheet recording the amounts of currency issued to the attendants by operations (in this case Ms. Dennis) and the amounts of payout tickets redeemed by the patrons and paid by the attendants to the patrons. Also, noted is the amount of currency remaining that was returned by the attendants to operations at the end of the evening. For a proper transaction the amount of payouts and the currency returned should equal the amount of currency initially issued.

The government's theory concerning the theft is that Ms. Dennis inflated the value of the payout tickets returned and then pocketed a similar amount from the cash returned by the attendant. On the cash control form Ms. Dennis allegedly would record a higher amount of payouts returned and then decrease the amount of cash returned. However, the forms show on their face that Ms. Dennis, the attendant, and another casino official (presumably Ms. Dennis's supervisor) verified the documents by their signatures.

The testimony of those who signed these documents is crucial to the case. For example, on the document at page 28 the attendant, Ms. Wilma Henderson, signed that she turned in $1458.14. The government's theory is that she did not turn in that amount, but actually turned in $3,458.14 and that Ms. Dennis stole $2,000.00 of the turned in cash. Ms. Henderson's signature seems to indicate that she turned in $1458.14 and not the larger amount. Her testimony would be crucial to the case. She is a direct witness to the events that the government is alleging as evidence of the crime against Ms. Dennis. The other witnesses names are similarly situated.

The purpose of this subpoena only is to discover the contact information for these witnesses (signatories to the cash control sheets) so they may be subpoenaed to testify at trial. For that reason, the address and telephone information is the only information that is sought. The

Defendant does not seek any other personal information from their file, such as personnel appraisals or other internal documents of communications concerning these witnesses. Defendant hereby notifies the objectors that it does not request that portion of any personnel records that contain evaluations, disciplinary actions, salary information and other personal information such as date of birth or social security number. Again, only the contact information is sought.

II.    **The subpoena should be quashed because Defendant did not subpoena the proper party. Who is the proper party for service of this subpoena?**

The information supplied by the government in the discovery does not disclose the Byzantine nature of organization of the Poarch Band of Creek Indians gambling operations. The objector states that the subpoena should have been served on the Creek Indian Enterprises Development Authority, not the Poarch Tribe of Creek Indians Tribal Gaming Commission.

Attached are documents concerning Ms. Dennis' application for employment found at pages 782, 792, 794 and 826 of the discovery packet. (Attached at Exhibit B). At page 792 is the Poarch Band of Creek Indians Tribal Gaming Commission Application for Employment of Ms. Dennis as an attendant. Found at page 794 is an application to the Poarch Band of Creek Indians Tribal Gaming Commission for the Tallapoosa Entertainment Center. This application for employment contains her address and telephone number. This is precisely the information sought from the records of the witnesses subpoenaed. The record at page 782 is titled "Poarch Band of Creek Indians Application for Employment". In the upper left hand corner of the application it states "Human Resources Department, Poarch Band of Creek Indians" with an address in Atmore, Alabama. At page 826 is an approval letter from the Tribal Gaming

Commission Administrator, Mr. Daniel McGhee approving Ms. Dennis' application for license and employment at the Tallapoosa Entertainment Center.

It is clear that the Poarch Bank of Creek Indians or the Poarch Band of Creek Indians Tribal Gaming Commission have the information sought in this subpoena. If they do not, they can easily get it from their subsidiary, the Creek Indian Enterprises Development Authority.

They can easily supply the contact information (personal addresses and telephone numbers) of the persons request without unduly interfering with the rights of those employees. To not do so would certainly prejudice the rights of Ms. Dennis to present a defense at her trial.

WHEREFORE this objection should be denied with the proviso that the only information to be released is the contact information for the employees requested.

Respectfully submitted,

s/Everett M. Urech
EVERETT M. URECH
AL BAR NO.: ASB-6693-E44E
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455
FAX: (334) 598-2076
E-Mail: daleatty@snowhill.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, and Lori M. Stinson, Attorney for the Poarch Band of Creek Indians by electronically filing, this the 29th day of August, 2007.

                                                s/Everett M. Urech
                                                _____
                                                Everett M. Urech

# TAB A

CASHIER: Kathy Christian

| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
|---|---|---|---|---|---|
| AMOUNT | $ 4,017.50 | AMOUNT | $ 5,100.00 | AMOUNT | $ 500.00 |
| ISSUED BY: | Kala Dew | ISSUED BY: | K. Christian | ISSUED BY: | Kala Dew |
| RECEIVED BY: | Terry Cyr | RECEIVED BY: | Terry Cyr | RECEIVED BY: | Terry Cyr |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ 1,000 | AMOUNT | $ 1,600.00 | AMOUNT | $ 2,000.00 |
| ISSUED BY: | Kala Dew | ISSUED BY: | K. Christian | ISSUED BY: | Kala Dew |
| RECEIVED BY: | Terry Cyr | RECEIVED BY: | Terry Cyr | RECEIVED BY: | Terry Cyr |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

JACKPOT BY CHECK: 
| | | | | |
|---|---|---|---|---|
| DIAMOND | $ | | TOTAL BANKS ISSUED | $ 14,417.50 |
| ROCKET | $ | | DIAMOND PAYOUTS | $ -0- |
| NOVA | $ | | ROCKET PAYOUTS | $ 1,210.56 |
| SDG | $ | | NOVA PAYOUTS | $ 4,789.35 |
| CANYON | $ | 1000 | SDG PAYOUTS | $ 239.45 |
| CADILLAC | $ | 1000 | 1,100.90 CANYON PAYOUTS | $ 2,100.90 |
| | | | 3,477.73 CADILLAC PAYOUTS | $ 4,477.73 |
| | | | CASH RETURNED | $ 1,599.51 |
| | | | OVER/(SHORT) | $ -0- |

OPERATION FULL NAME: Kala Dew

ATTENDANT FULL NAME: Terry Cyr 10:40 P

VERIFIED BY: [signature]

DATE / TIME:

21

| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
|---|---|---|---|---|---|
| AMOUNT | $ 4,617.50 | AMOUNT | $ 4,600.00 | AMOUNT | $ |
| ISSUED BY: | K. Christian | ISSUED BY: | K. Christian | ISSUED BY: | |
| RECEIVED BY: | Veronica A. | RECEIVED BY: | Veronica A. | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

| JACKPOT BY CHECK: | | TOTAL BANKS ISSUED | $ 9,217.50 |
|---|---|---|---|
| DIAMOND | $ | DIAMOND PAYOUTS | $ 2,030.05 |
| ROCKET | $ | ROCKET PAYOUTS | $ 76.35 |
| NOVA | $ | NOVA PAYOUTS | $ 413.30 |
| SDG | $ | SDG PAYOUTS | $ 449.16 |
| CANYON | $ | CANYON PAYOUTS | $ 1,718.50 |
| CADILLAC | $ 1000.00 | CADILLAC PAYOUTS | $ 4,368.10 |
| | (3368.10) | CASH RETURNED | $ 1,102.04 |
| | | OVER/(SHORT) | $ -0- |

OPERATION FULL NAME: Kal Ann   ATTENDANT FULL NAME: Veronica Gilchrist  12:01a

VERIFIED BY: _____   DATE / TIME:

25

Wilma Henderson 6/6/04 P65

| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
|---|---|---|---|---|---|
| AMOUNT | $ 4,617.50 | AMOUNT | $ 1,500.00 | AMOUNT | $ 4,600.00 |
| ISSUED BY: | K. Christian | ISSUED BY: | K. Christian | ISSUED BY: | K. Christian |
| RECEIVED BY: | Wilma | RECEIVED BY: | Wilma | RECEIVED BY: | Wilma |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ 2,000.00 | AMOUNT | $ 4,600.00 | AMOUNT | $ 2,600.00 |
| ISSUED BY: | Kala Orr | ISSUED BY: | Kala Orr | ISSUED BY: | K. Christian |
| RECEIVED BY: | Wilma | RECEIVED BY: | Wilma | RECEIVED BY: | Wilma |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ 2,000.00 | AMOUNT | $ 2,000.00 | AMOUNT | $ |
| ISSUED BY: | K. Christian | ISSUED BY: | Kala Orr | ISSUED BY: | |
| RECEIVED BY: | Wilma | RECEIVED BY: | Wilma | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

| JACKPOT BY CHECK: | | | | TOTAL BANKS ISSUED | $ 23,917.50 |
|---|---|---|---|---|---|
| DIAMOND | $ | | | DIAMOND PAYOUTS | $ 10,651.30 |
| ROCKET | $ | | | ROCKET PAYOUTS | $ 1,593.81 |
| NOVA | $ | | | NOVA PAYOUTS | $ 3,145.05 |
| SDG | $ | | | SDG PAYOUTS | $ 336.89 |
| CANYON | $ 1000.00 | 638.75 | | CANYON PAYOUTS | $ 1,638.75 |
| CADILLAC | $ 1000.00 | 4,093.86 | | CADILLAC PAYOUTS | $ 5,093.56 |
| | | | | CASH RETURNED | $ 1,458.14 |
| | | | | OVER/(SHORT) | $ -0- |

OPERATION FULL NAME: Kala Orr    ATTENDANT FULL NAME: Wilma Henderson  10:55F

VERIFIED BY: _____    DATE / TIME:

28

TAB B

Human Resources Department
Poarch Band of Creek Indians
5811 Jack Springs Road
Atmore, AL 36502
(334) 368-9136    (334) 368-0811 -- Fax
Monday – Friday
8:00 a.m. – 5:00 p.m.

# Poarch Band of Creek Indians
# Application for Employment



*******************************************************************

Applying for:   ☒ Regular Full-Time    ☐ Regular Part-Time    ☐ Temp. Full-Time    ☐ Temp. Part-Time

☐ Tribal Administration      Position(s) applying for: 1. _Attendant_
☐ Tribal Enterprise                                      2. _Operations_
_____                          3. _Key Attendant_

On what date will you be available for work if selected?  _A.S.A.P. - 1/8/04_

*Please note that your application will be forwarded for positions as listed on this application only if the minimum qualifications are met. No more than three positions per application. More than one application may be on file at any given time. You may list a category of positions, for example – all clerical positions, all labor positions, etc.

## PERSONAL INFORMATION

Social Security Number: _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_

Full Name: _Kala_    _R_    _Dennis_
           First     Middle  Last

Address: _3034 Kelly Circle C_
         Mailing Address

_Montgomery_              _Alabama_          _36116_
City                       State              Zip Code

Home phone number: _(334) 281-9645_    Alternate phone number: _(334) 738-2673_

Are you an American Indian?   ☐ Yes  ☒ No   Tribe: _____    Roll Number: _____

Do you have any relatives employed by the Poarch Band of Creek Indians?   ☐ Yes  ☒ No
    If yes, list name(s): _____

Have you ever filed an application with PBCI or a Tribal Enterprise before?   ☐ Yes  ☒ No
    If yes, give date: _____

Have you ever been employed with PBCI or a Tribal Enterprise before?   ☐ Yes  ☒ No
    If yes, give date: _____

Are you prevented from lawfully becoming employed in this country because of Visa or Immigration Status? *Proof of citizenship or immigration status will be required upon employment.*   ☐ Yes  ☒ No

Are you willing to travel and participate in training?   ☐ Yes  ☒ No

Indian preference, according to law, will be utilized; the Poarch Band of Creek Indians does not discriminate on the basis of age, disability, gender or religious orientation.

782

| EDUCATION | Name & Location | Course of Study | Number of Years Completed | Did You Graduate? | Degree or Diploma |
|---|---|---|---|---|---|
| High School | Bullock Co High 911 Sardis Rd Union Springs, AL 36089 | General | 4 | ☑ YES ☐ NO | Diploma |
| College or University | Alabama State University P.O. Box 271 Montgomery, AL 36101-0271 | Accounting | 3 | ☐ YES ☑ NO | currently attending school Degree N/A |
| Business, Trade, or Technical | N/A | N/A | N/A | N/A ☐ YES ☐ NO | N/A |
| Post Graduate | N/A | N/A | N/A | N/A ☐ YES ☐ NO | N/A |

If you did not receive a high school diploma, did you receive any of the following:

☐ GED Certificate    On what date did you receive your GED Certificate? N/A
At what testing center?

☐ Certificate of Attendance

It is the procedure of the Poarch Band of Creek Indians to accept all versions of the State of Alabama issued high school diploma, including a Certificate of Attendance for all entry level manual labor positions and clerical positions with the stipulation that a GED must be obtained (taken and successfully passed) within the ninety (90) day probationary period.

List any additional skills, knowledge, experience, or other relevant qualifications:
My major is Accounting. I'm a Junior at Alabama State University. I have a lot of Cashier experience. I'm very respectful, honest and loyal. I know how to count money, I'm computer literate, etc.

| DRIVERS LICENSE INFORMATION | State | License Number | Expiration Date | CDL Endorsement |
|---|---|---|---|---|
| | AL | 715631 | 02/03/2004 | N/A |

| MILITARY EXPERIENCE | Were you a member of the U.S. Armed Forces?  ☐ Yes  ☑ No | | |
|---|---|---|---|
| | Branch | Dates of Duty | Type of Separation or discharge |
| | N/A | N/A | N/A |

Briefly describe duties:
N/A

783



# The Poarch Band of Creek Indians
# Tribal Gaming Commission

3026 Highway 21 · Atmore, Alabama 36502
Telephone (251) 368-1812 · Facsimile (251) 368-0938

## Tribal Gaming License
## NOTICE and APPLICATION

Applicant: _Kala Renae Dennis_     Social Security Number: _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_

Position: _Attendant_     Date of Birth: _07-23-1982_

A valid Tribal Gaming License is required of all employees of a Tribal gaming facility, any Management Contractor, and any Tribal gaming enterprise. Completion of this application is necessary to obtain such license. Each Tribal Gaming License is valid for a one (1) year period commencing on the date of issue and must be renewed annually.

IT IS THE RESPONSIBILITY OF THE APPLICANT TO READ THIS APPLICATION FULLY. ABSOLUTE AND COMPLETE HONESTY IS REQUIRED. FAILURE TO DO SO MAY RESULT IN THE DENIAL OF A GAMING LICENSE.

All information requested must be supplied according to Federal and Tribal guidelines, incomplete applications will be returned and may result in the denial of a license and ultimately termination of employment.

Every question must be answered. If there is information you cannot produce, please state so. If a question is not applicable to you, please state so by listing N/A in the available space.

## INSTRUCTIONS

1. Type or print your answers.

2. Answer all requests for information COMPLETELY. Provide full names, dates, addresses and zip codes. Avoid the use of abbreviations.

3. Be sure to sign all the forms required.

4. If additional space is needed to complete an answer, use plain white paper of the same size as the application. Use ONE side of the paper only. Number responses to correspond with the question being answered and provide the information in the same manner as requested. The spaces provided must be utilized before attachments. Please indicate "see attached."

792



# The Poarch Band of Creek Indians
# Tribal Gaming Commission

## TRIBAL GAMING LICENSE APPLICATION

GAMING FACILITY: Tallapoosa Entertainment Center  City: Montgomery  State: AL

This application must be completed by any employee seeking a Tribal Gaming License. Each initially issued Tribal Gaming License is valid for a one (1) year period commencing on the date of issue.

All information requested must be supplied according to Federal and Tribal guidelines, incomplete applications will be returned and may result in the denial of a license and ultimately termination of employment. If there is information you cannot produce, please state so. If a questions I not applicable to you, please state so.

1. Full Name (no initials): Kala Benae Dennis    Gender: ( ) Male  (X) Female

   Have you ever been known by any other name? No    If yes, please explain: N/A

2. Date of Birth: 07-23-1982  Age: 21    Social Security Number: 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
   (Disclosure of your SSN is voluntary. However, failure to do so may result in errors in processing your application)

3. Place of Birth: Tuskegee                    Alabama
                   City                         State

4. Mailing address: 403 Locke Court   Union Springs,  AL   36089
                    Address            City           State  Zip Code

5. Street Address of your legal residence, if different from your mailing address:
   403 Locke Court          Union Springs,       AL      36089
   Legal Street Address     City                 State   Zip Code

6. Current Telephone Number: (334) 738-2673

7. Job Title and Category for which this license is being sought: Attendant
                                                                   Job Title

(X) Class II     ( ) Primary Management Official          (X) Key Employee
( ) Class III    ( ) Alternate Primary Management Official  ( ) Othe

794



The
Poarch Band of Creek Indians
# Tribal Gaming Commission
90 Poarch Road · Atmore, Alabama 36502
Telephone (251) 368-1812 · Facsimile (251) 446-9549

**Gaming Commission Members**

**CHAIRMAN**
*Buford L. Rolin*

**COMMISSIONER**
*Roy Ealy*

**COMMISSIONER**
*James Barnhill*

**COMMISSIONER**
*Keith Martin*

**COMMISSIONER**
*Vicky Burns*

**Gaming Commission Administrative Office**

**ADMINISTRATOR**
*Daniel K. McGhee*

04/29/04

Kala Dennis
403 Locke Court
Union Springs, AL 36085

Dear Ms. Dennis:

The Tribal Gaming Commission has approved your application for a Tribal Gaming License. Your License may be picked up from Bill Davis, PCI Gaming Compliance Manager.

Your application and investigative report have been forwarded to the National Indian Gaming Commission (NIGC) in Washington, DC for further clearance.

If the NIGC provides the Commission a statement itemizing objections to the issuance of your Tribal Gaming License, the Commission shall reconsider your eligibility.

Your Tribal Gaming License number is: TP360
Your Expiration Date is: 4-29-05

If you have any questions regarding the decision of the Commission, please feel free to call me at the above number.

Congratulations and I hope your employment with Tallapoosa Entertainment is a long and rewarding one.

Sincerely,

Daniel K. McGhee
Tribal Gaming Commission Administrator

Cc:   Kitty Stuart, PCI Gaming General Manager
      Patricia Hodges, CIE Human Resources Director
      Marsha Allman, Tallapoosa Site Manager
      Bill Davis, PCI Gaming Compliance Manager

826