September 1, 2007

RECEIVED
2007 SEP -7 A 9: 41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Kala R. Dennis
140 Gazebo E Drive
Apt. F
Montgomery, AL 36117

United States District Court
Honorable Judge Capel
P.O. Box 711
Montgomery, AL 36101

To Whom It May Concern:

My name is Kala R. Dennis. I writing concerning Case: 2:07cr101. I have been having problems with Attorney Everett Urech for about two months. I was afraid to say anything because he was the only attorney I had. He wants to me to plead guilty. When I tell him I'm not going to plead guilty, he gets upset with me. I told him, I'm definitely not going to plead guilty to a crime I did not commit. He sends me threatening emails wanting me to re-think this situation. I told him for the last and final time Monday, August 27, 2007, that I'm going to plead NOT GUILTY!!! I did not commit this crime. Every time I tell him this, he ends our meeting and says I'll talk with you later but you need to try and reconsider your situation, Kala. He will not listen to me; I feel like he doesn't care about my situation. If I decide not respond to his emails he calls me with the same thing. He told me Monday, August 27, 2007, that the U.S. Attorney, Andrew Schiff, was going to drop it down to one or two charges if I plead guilty. I told him, I'm not going to take a plea bargain, and that's final. He is not trying to help me. He asked me about two months ago to give him a list of some witnesses. I did; he has not contacted any of them yet. My trial date(s) is soon. I feel like he's not working for me. We don't get a chance to meet much. When we do meet up, it's not long. I can not drive until I get my license back, so it's hard for me to get places and to Daleville, AL. He's all for Andrew Schiff (U.S. Attorney). He's all about what Mr. Schiff thinks. I know I'm not paying for an attorney, but I need better representation than this. God is my witness; I did not commit this crime.

I decided Friday, August 24, 2007, to talk with my Pre-trial Officer—Ms. Tamara Martin—about this. She told me that I didn't need this kind of representation and I needed to talk with Mrs. Christine Freeman or Mr. Kelvin Butler (from the Federal Public Defenders Office) as soon as possible. Ms. Martin also said, "Don't let them put pressure on you, Kala. Do not plead guilty to a crime you didn't commit." I called the Federal Public Defenders Office all last week. I talked to Ms. Martin all last week also. Ms. Martin told me she spoke with Mrs. Freeman Thursday, August 30, 2007. Ms. Martin

said she told Mrs. Freeman about my situation. I finally got a call from Mrs. Freeman Friday, August 31, 2007, she told me she talked with Ms. Martin about my situation. She instructed me to write this letter requesting a new attorney. Mrs. Freeman also wants me to send her a copy of this letter.

I have been following all the rules ordered by you, Judge Capel. If you would like I can forward you emails that have been sent to me from Attorney Urech. They are threatening to me. I understand this is a difficult case; I do not deserve to be treated this way by my attorney. I'm struggling trying to make a good life for myself. I'm working now at Circle K on Atlanta Hwy. and going to school full-time. This has been affecting me with school and work. Please help me.

Will you please help me by appointing me another attorney preferably in Montgomery, AL? Will you please let me know your decision as promptly as possible? Your consideration will be greatly appreciated.

Sincerely,

*Kala R. Dennis*

Kala R. Dennis