IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:07cr101-MEF |
| ) | |
| KALA DENNIS ) | |

## ORDER

On September 7, 2007, the court received a motion, in the form of a letter, requesting a new appointment of counsel.

For good cause, it is

ORDERED that a hearing be and is hereby set for September 13, 2007 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge.

It is further ORDERED that only the counsel for the defendant and defendant be present for the hearing. Counsel for the Government is not required for this hearing. It is further ordered that Mr. Everett McRae Urech inform defendant of said hearing.

DONE this 11th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE