IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-101-MEF |
| | ) | |
| KALA DENNIS | ) | |

# **O R D E R**

Pursuant to the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this court on December 16, 2004 (General Order No. 2:04-mc-3228), it is hereby ORDERED:

1. That the defendant shall REDACT the address of witnesses contained in the Motion for Issuance of Subpoenas (Doc. #24) filed September 11, 2007. Only city and state may be used.

2. That said Motion for Issuance of Subpoenas is placed under **_SEAL_**.

3. That, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to United States Magistrate Judge Wallace Capel for entry of any orders or recommendations as may be appropriate.

DONE this the 12th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE