IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO.: 2:07cr101-MEF |
| ) | |
| KALA DENNIS ) | |

## ORDER ON MOTION

On September 11, 2007, the defendant, KALA DENNIS, filed a pro se letter motion for appointment of new counsel (Doc. # 22). A hearing was held on the motion on September 13, 2007. Upon review of the motion and the testimony at the hearing, the court finds that the defendant, KALA DENNIS, should be appointed new counsel. Therefore, it is

ORDERED that the motion is GRANTED. Due to a conflict, The Federal Defender's Office shall appoint a second CJA Panel Attorney to represent the defendant for all further proceedings. The appointed attorney shall file a notice of appearance in the above-styled case.

Done this 13th day of September, 2007.

_____

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE