IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:07cr101-MEF |
| | ) | |
| KALA DENNIS | ) | |

## ORDER ON MOTION

Upon consideration of Defendant's Motion for Issuance of Subpoenas (Doc. #24), filed on September 11, 2007, it is

ORDERED that the motion is DENIED without prejudice. On September 11, 2007, Defendant motioned the Court for appointment of new counsel (Doc. #22). Following a hearing on the motion, the Court appointed new counsel (Doc. #28). The Court has denied the Motion for Issuance of Subpoenas (Doc. #24) without prejudice, to allow new counsel to re-evaluate the case and file motions they deem appropriate.

Done this 14th day of September, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE