IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** * | |
|     **PLAINTIFF** * | |
| * | |
| v.  * | CR. NO. 1:07-CR-101-MEF |
| * | |
| **KALA DENNIS,** * | |
|     **DEFENDANT** * | |

**NOTICE OF APPEARANCE**

Comes now the undersigned and gives notice unto the court that he accepts the court's appointment as counsel for Defendant, Kala Dennis, and prays pleadings and notices pertaining to this case be served upon him on behalf of said Defendant. Counsel further prays the Court enter his appearance *nunc pro tunc* September 13, 2007.

Respectfully submitted this day, September 17, 2007.

                                          /s/Timothy C. Halstrom
                                          Timothy C. Halstrom
                                          Bar Number HAL021
                                          Attorney for Defendant

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to the parties as appropriate.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021