IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-101-MEF |
| | * | |
| **KALA DENNIS,** | * | |
| **DEFENDANT** | * | |

## MOTION TO CONTINUE

Come now Defendant, Kala Dennis, by and through her attorney of record, and moves the court to continue the trial of this case and in support thereof states as follows:

1. This matter is presently set for trial during the October 2, 2007 trial term.

2. Counsel for Defendant was been appointed pursuant to the CJA on September 13, 2007 as replacement after which counsel immediately met with former counsel, Hon. Everett Urich to review the case.

3. Counsel conducted a cursory review of the case file and noted the necessity of interviewing at least 16 individuals who have information pertaining to the trial of this case.

4. Counsel has received government pages numbered 1 - 757 which were provided by the Government in its initial discovery. On September 17, 2007, Counsel for Defendant received additional discovery materials containing pages numbered 964-1056. Counsel does not have pages 758 - 963 which may be relevant to his preparing a defense for Defendant. Counsel is making every effort to expeditiously secure the missing 204 pages.

5. Included in the discovery received on September 17, 2007 were five (5)

"Investigative Activity Reports" containing interviews with employees of the Tallapoosa Entertainment Center (TEC) each of whom have information relevant to this case which must be investigated.

6. Counsel for Defendant is of the opinion that there is not sufficient time with the present setting of this case for trial (October 2, 2007) for counsel to prepare for trial and provide adequate representation for Defendant as Constitutionally required.

7. Defendant is not presently incarcerated and will not be prejudiced by a continuance of the trial in her case.

8. The undersigned counsel has spoken with AUSAs Schiff and Shepherd who have stated the Government does not object to the Court granting Defendant's Motion for a Continuance of the trial of this case.

9. Wherefore, the above matters considered, Defendant prays this court grant her motion and continue the trial of this case.

Respectfully submitted this day, September 17, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Dennis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

                                          /s/Timothy C. Halstrom
                                          Timothy C. Halstrom
                                          Bar Number HAL021