IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **PLAINTIFF** | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-101-MEF |
| | * | |
| **KALA DENNIS,** | * | |
| **DEFENDANT** | * | |

## MOTION TO INSPECT PREMISES

Comes now Defendant, Kala Dennis, by and through her attorney of record, and moves the court for an order directing Defendant and her attorney to be permitted to inspect the premises wherein the alleged crimes were supposedly committed and in support thereof states as follows:

1.On September 20, 2007, Counsel for Defendant contacted attorneys for the Government and requested that he be permitted to inspect the premises of Tallapoosa Entertainment Center (TEC), the business wherein the crimes for which Defendant has been indicted were alleged to have been committed.

2.On October 2, 2007, counsel for the Government contacted the undersigned to coordinate the date upon which the inspection would be conducted. A tentative date was set for October 9, 2007, however, counsel was informed that the owner of TEC would not permit Defendant to come onto the premises.

3.This case involves allegations that Defendant, while an employee of TEC, engaged in a scheme to embezzle money from TEC.

4.Counsel for Defendant has a right and a duty to view the scene of the alleged

crime in preparation for his defense against the allegations brought against Defendant.

5. Defendant's knowledge and understanding of the configuration of TEC building and operations of their business is necessary in order for Counsel to conduct a meaningful inspection of the premises. It is most probable that counsel will need the assistance of Defendant during the inspection.

6. While Counsel understands TEC's reluctance to have a person they believe to have committed a crime against it to come onto their property, however, Defendant will at all times be in the presence of Counsel and TEC's designated representative.

7. The value of Defendant's presence to counsel in providing adequate representation far out weighs the inconvenience or emotional objections which TEC may have to Defendant coming onto their property.

Wherefore, the above matters considered, Defendant prays this Court enter an order directing TEC to permit Defendant and her attorney to inspect the premises at such time as is agreeable to the parties.

Respectfully submitted this day, October 2, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Dennis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

      /s/Timothy C. Halstrom
      Timothy C. Halstrom
      Bar Number HAL021