IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.: 2:07cr101-MEF |
| ) | |
| KALA DENNIS ) | |

## **ORDER ON MOTION**

Upon consideration of Defendant's Motion to Inspect Premises (Doc. #35), filed on October 2, 2007, it is

ORDERED that the motion (Doc. #35) is GRANTED. It is further

ORDERED that the Tallapoosa Entertainment Center (TEC) shall permit Defendant Kala Dennis (Dennis) and her counsel to inspect the premises at such time as agreeable to the parties. It is further

ORDERED that at all times during the inspection Dennis shall remain in the presence of her counsel and TEC's designated representative.

Done this 3rd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE