IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
|     PLAINTIFF | * | |
| | * | |
| v. | * | CR. NO. 1:07-CR-101-MEF |
| | * | |
| KALA DENNIS, | * | |
|     DEFENDANT | * | |

**MOTION TO CONTINUE**

    Come now Defendant, Kala Dennis, by and through her attorney of record, and moves the court to continue the trial of this case and in support thereof states as follows:

    1.    This matter is presently set for trial during the January 14, 2008 trial term.

    2.    Since the Court continued the trial of this case upon the appearance of present counsel, the Government and Defendant have participated in discussions concerning additional discovery which has resulted in the production of more than sixty thousand (60,000) documents contained on a computer disc. While counsel does not anticipate having to examine each and every document, it will be necessary to assess the value and relevance of this newly discovered material in order to provide Defendant her constitutionally protected rights.

    3.    Counsel for Defendant is of the opinion that there is not sufficient time with the present setting of this case for trial for counsel to prepare for trial and provide adequate representation for Defendant as Constitutionally required.

    4.    The undersigned counsel has spoken with AUSA Matthew Shepherd who has stated the Government concurs with Defendant's Motion and thus does not object to the Court

granting Defendant's Motion for a Continuance of the trial of this case.

5. Defendant is presently free on bond and will not be prejudiced by the Court's granting a continuance.

Wherefore, the above matters considered, Defendant prays this court grant her motion and continue the trial of this case.

Respectfully submitted this day, November 27, 2007.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Dennis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

                /s/Timothy C. Halstrom
                Timothy C. Halstrom
                Bar Number HAL021