IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.:2:07cr101-MEF |
| | ) | |
| **KALA DENNIS** | ) | |

**ORDER**

For good cause, it is

ORDERED that the  pretrial conference currently set for March 17, 2008 at 9:00 a.m.

is hereby **RESET** for March 14, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr.

United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

DONE this 9th  day of January, 2008.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE