IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-101-MEF |
| | ) | |
| KALA DENNIS | ) | |

## **O R D E R**

Upon consideration of the government's Motion in Limine-Cross-Examination of Defendant-Rule 608(b) (Doc. #44) filed on March 6, 2008, it is hereby

ORDERED that the defendant show cause in writing on or before March 17, 2008 as to why this motion should not be granted.

DONE this the 7th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE