IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
|     PLAINTIFF * | |
| * | |
| v. * | CR. NO. 1:07-CR-101-MEF |
| * | |
| KALA DENNIS, * | |
|     DEFENDANT * | |

## MOTION TO CONTINUE

Come now Defendant, Kala Dennis, by and through her attorney of record, and moves the court to continue the trial of this case and in support thereof states as follows:

1. This matter is presently set for trial during the April 7, 2008 trial term.

2. The Court granted Defendant's last motion to continue based upon the voluminous amount of discovery produced by the government directly relating to the charges brought against Defendant. To be more specific, the Government has produced over 60,000 documents which are contained on a computer disc. While counsel did not initially anticipate having to examine each and every document, it has recently become apparent that such will, in fact, be the case.

3. Essentially the discovery amounts to thousands of documents supporting the reconciliation of records the Government contends evidences the scheme Defendant allegedly used to embezzle funds while an employee at Tallapoosa Entertainment Center.

4. Counsel submits he has been diligent in the use of his time in his representation of Defendant and that this motion has become necessary due to a miscalculation of the time that would be required to examine the discovery and assess its relevance and use at trial.

5. Recently, Counsel has become aware that he will need to interview and prepare 12 witnesses (fact and/or character) for trial in addition to several expert witnesses discovered in the process of examining the documents produced by the Government.

6. To complicate matters, Counsel has been appointed by the Eleventh Circuit Court of Appeals to represent Bernetta Willis in a complex appeal of her conviction and sentencing for which the Appellant's brief is due to be filed on April 11, 2008. Furthermore, counsel has five days of depositions set to be conducted between March 17th and April 7th.

7. While it is understood by Counsel that this Court's trial docket is every bit as pressing as are the matters raised in the preceding paragraph, these time constraints merely add to the difficulties in assessing the voluminous discovery previously discussed.

8. The undersigned counsel has spoken with AUSA Andrew Schiff who has stated the Government concurs with Defendant's Motion and thus does not object to the Court granting Defendant's Motion for a Continuance of the trial of this case. However, Mr. Schiff further advised he has conflicts during the Court's trial terms commencing in July and August and would prefer a re-setting of this case for the May or August trial terms.

9. Counsel believes a continuance at least until the Court's May trial term will provide sufficient time to complete his preparation of this case and provide the adequate representation to which Defendant is entitled.

10. Defendant is presently free on bond and neither party will be prejudiced by the Court's granting a continuance.

Wherefore, the above matters considered, Defendant prays this court grant her motion to continue the trial of this case and further prays the Court reset the case for a trial term commencing in May or August.

Respectfully submitted this day, March 11, 2008.

/s/Timothy C. Halstrom
Timothy C. Halstrom
Bar Number HAL021
Attorney for Defendant Dennis

Of Counsel:
Timothy C. Halstrom
Bar # HAL021
Attorney At Law
4170 Lomac Street
Montgomery, Alabama 36106
(334)272-6464
(334)244-7474 - fax
halstromtim@aol.com  - email

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all interested parties as appropriate.

                                              /s/Timothy C. Halstrom
                                              Timothy C. Halstrom
                                              Bar Number HAL021