IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-101-MEF |
| | ) | |
| KALA DENNIS | ) | |

# **O R D E R**

Upon consideration of the government's Motion in Limine (Doc. #47) filed on March 7, 2008, it is hereby

ORDERED that the defendant show cause in writing on or before March 17, 2008 as to why the motion should not be granted.

DONE this the 11th day of March, 2008.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE