# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 12, 2008

# NOTICE OF CORRECTION

**From:**   **Clerk's Office**

**Case Style:**   **United States of America vs.  Kala Dennis**

**Case Number:**   **2:07cr101-MEF, Document #47**

**This Notice of Correction was filed in the referenced case this date in order to add attachment Exhibit A which was left off of the original filing of 3/7/08 to document [#47] United States' Motion in Limine - Cooperating Witness' Statement to Law Enforcement - Rule 801(d)(1)(B).**

# Exhibit A

**U. S. Department of the Interior**
**Office of Inspector General**

**STATEMENT**

City of ___Montgomery___                    Case Number ___05-0082___
State of ___Alabama___

I, ___Fredrick J. Burrell___, state:

I have been informed by Special Agent(s) ___Steven R. Borders___
of the Office of Inspector General, U. S. Department of the Interior, that under the
provisions of the Constitution, I cannot be compelled to be a witness against myself; and
knowing that anything I say me be used against me. I wish to make the following
statement of my own free will and accord, without coercion or threats and without
promise of immunity

This statement is a voluntary act on my part, prompted by my desire to tell the facts, and I
do not expect to gain any reward or special consideration by reason of having made this
statement.

I am __25__ years old and reside at ███████████████

███████████████

___SEE Attached___

I have read the foregoing statement and I have been given an opportunity to make
corrections. All of the facts contained herein are true to the best of my knowledge.

Signature ___Fredrick J. Burrell___
Date/Time ___12/1/04___

Special Agent ___Steven R. Borders___
Office of Inspector General
U.S. Department of the Interior
Date/Time ___12/1/04     5:30pm___

Witness ___Joseph Ridley___
Date/Time ___12/01/04___

Statement Form 01a

**OFFICIAL USE ONLY**

444

 

United States Department of the Interior

OFFICE OF INSPECTOR GENERAL
Eastern Division Investigations
Atlanta Field Office
2300 Lake Park Drive
Suite 217
Smyrna, GA 30080

Page 1 of 5

### AFFADAVIT

I, Fredrick J. Burwell ,

being duly sworn, make the following voluntary statement to who has identified to me as a Special Agent, Office of Inspector General, U.S. Department of the Interior. No threats or promises have been made to obtain this statement. I have been advised that any statement I make may be used in a court of law or administrative proceeding.

On July of 2004, I began to engage in a very deceitful act of crime at Tallapoosa Entertainment Center. I took it upon myself to embezzle money for my personal gain. For the first couple of times, I performed these acts of taking money by myself. During this time period, I stole the amount of 3,300.00 dollars. No one was aware of this incident. I later met with Kala Dennis, another operations clerk as I was. We were engaged in a conversation one day with some other co-workers about different ways of obtaining money. Everyone seemed to be just joking around about it. But later on that evening, Kala and I talked about the situation again. At this particular time, I told her how it could be done. My reply to her was, in order to obtain funds without any suspicion, all had to be done was to increase the payouts, and decrease the cash return. We did not take anything that night, but we did come to an agreement that it would be okay to try it. The next time we were scheduled to work

445



# United States Department of the Interior

## OFFICE OF INSPECTOR GENERAL

Eastern Division Investigations
Atlanta Field Office
2300 Lake Park Drive
Suite 217
Smyrna, GA 30080



Page 2 of 5

### AFFADAVIT

I, _____, _____

_____

being duly sworn, make the following voluntary statement to who has identified to me as a Special
Agent, Office of Inspector General, U.S. Department of the Interior. No threats or promises have
been made to obtain this statement. I have been advised that any statement I make may be used in
a court of law or administrative proceeding.

together we took some money. I don't quite remember
the amount, but we both split it 50/50. On various
times, Kala and I continued to obtain funds from
the facility by adjusting the paperwork on certain cashiers.
Amount of money that was obtained varied in the
amounts from 2000.00 - 15000.00 at one given time.
There were days that we did not steal money. I also
did another transaction alone for the amount of 4000.00.
All other incidents that occured to my knowledge were
done by both Kala and myself. During the last
couple of months, I have used some of the money I
obtained to pay some bills, buy some things that I
have wanted such as clothing, and have paid on some
IRA's at my banks. The only things that I know that
Kala did with her share was pay off her Honda and
bought a truck. (Ford Expedition) I also put some of
the money in my bank accounts. On my last scheduled
day at work before the Thanksgiving Holiday, I was

446



# United States Department of the Interior

## OFFICE OF INSPECTOR GENERAL
Eastern Division Investigations
Atlanta Field Office
2300 Lake Park Drive
Suite 217
Smyrna, GA 30080

Page 2 of 5

### AFFADAVIT

I, _____, _____

_____

being duly sworn, make the following voluntary statement to who has identified to me as a Special
Agent, Office of Inspector General, U.S. Department of the Interior. No threats or promises have
been made to obtain this statement. I have been advised that any statement I make may be used in
a court of law or administrative proceeding.

Summoned by Kim Stanfield, a Cashier. She replied that
there was something wrong with her sheet. At that time,
I was in the process of issuing her some money. She
pointed to her sheet and stated it again. I looked at
her paperwork and told her that I would ask Kala about
it. Her signature was signed in an issue that she
didn't recieve. I knew at this point, Kala had already
used Kim's sheet for obtaining ~~some~~ some of the funds.
But, it was never my idea to forge anyone's name
on any paperwork. I didn't tell a supervisor about
the incident. That night, I counted Kim 5 ~~draw~~ drawer
down and had her to sign her balance sheet. I did not
add up her sheet, all I did was sign it once presenting
it to her. ~~~~ That night Two.º dollars was obtained.
On this night I did not increase any payments, Kala
did it all. After that night I was scheduled off
until Thanksgiving Day. But while I was visiting
in Florida, I recieved a phone call. During this phone call

447



United States Department of the Interior

OFFICE OF INSPECTOR GENERAL

Eastern Division Investigations
Atlanta Field Office
2300 Lake Park Drive
Suite 217
Smyrna, GA 30080



Page **4** of **5**

### AFFADAVIT

I, _____, _____

_____

being duly sworn, make the following voluntary statement to who has identified to me as a Special
Agent, Office of Inspector General, U.S. Department of the Interior. No threats or promises have
been made to obtain this statement. I have been advised that any statement I make may be used in
a court of law or administrative proceeding.

(voicemail), my friend and co-worker Russell Harris informed
me of the rumors that he had been hearing from work. At
this point, I took it upon myself not to return to Tallapoosa.
Also during my visit to Florida I recieved a call from
Kala. She was upset about Kim noticing the forged
signature on her paperwork. I told her I didn't know
what to do. She asked whether or not I had a lawyer
and I replied that I had one in mind. She did not
state whether or not she was going to continue employment
at Tallapoosa. She left a phone number for me to call her
back, but at that particular I forgot it and did not return
her call.

In conclusion, I can say that the acts of deceit I
have engaged in makes me feel lower than dirt. I truly
apologize for any embarrasment and trouble that I
put on any other people around me. I am truly sorry.
I know by taking someone else's money will not
advance me in life. I hope that I can be forgiven

Page 5 of 5

for this act of stupidity and be able to pay back every penny over time. Again, I am truly sorry and regret that I engage in such a criminal disposition. I probably can never forgive myself for this. Amount that were taken approximately range over $100,000.00.

I have read the foregoing statement consisting of this and other pages which I have initialed. I fully understand this statement and it is true, accurate and complete to the best of my knowledge and belief. I made the corrections shown and placed my initials opposite each.

I made this statement freely and voluntarily, without any threats or rewards, or promises of reward having been made to me in return for it.

_Fredrick T Barrell_
(Signature of Affiant)

Subscribed and sworn to before me
the ___First___ day of
___December___ ~~19-200~~ (
at __6:30pm__

_signature_
(Signature)

Special Agent
(Title)

_Joseph Ruby_
(Signature of witness if any)

449