IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO.: 2:07cr101-MEF |
| | ) | |
| **KALA DENNIS** | ) | |

**ORDER**

Based upon this court's order resetting the trial in the above-styled case from April 7, 2008 to July 28, 2008 and for good cause, it is

ORDERED that the counsel for the parties shall appear for a pretrial conference on June 30, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, Montgomery, Alabama before the undersigned Magistrate Judge.

It is further ORDERED that the pretrial conference currently scheduled for March 14, 2008 is cancelled.

DONE this 12th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE