IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-101-MEF |
| | ) | |
| KALA DENNIS | ) | |

## **O R D E R**

It is hereby ORDERED that the trial of this case set during the July 28, 2008 criminal term is continued to August 18, 2008 for jury selection with the trial to commence on August 25, 2008 at 10:00 A.M. in the United States Courthouse, One Church Street, Montgomery, Alabama.

DONE this the 21st day of July, 2008.

                                              /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE