UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | |
| | ] | |
| Plaintiff(s), | ] | |
| | ] | |
| vs. | ] | 2:07-CR-101-LSC-WC |
| | ] | |
| KALA DENNIS, | ] | |
| | ] | |
| Defendant(s). | ] | |

ORDER

This case is scheduled for a **TELEPHONE CONFERENCE** with the court at 10:00 a.m. on Friday, July 25, 2008.  Between 9:45-10:00 a.m., the parties are directed to call 205-278-2186 and enter access code 1124.  Each attorney firm listed on the docket is allowed one line to call in for the conference.  If there are several attorneys at a firm, they should conference their lines together and call into the court's conference line on one line.  If you have any questions, please contact chambers in Tuscaloosa at 205-561-1670.

Done this 22nd day of July 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671