UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff(s), | ] |
| vs. | ] 2:07-CR-101-LSC |
| KALA DENNIS, | ] |
| Defendant(s). | ] |

ORDER

This case is scheduled for a TELEPHONE CONFERENCE with the court at 3:00 p.m. on Thursday, August 7, 2008. Between 2:45-3:00 p.m., the parties are directed to call 205-278-2186 and enter access code 1124. Each attorney firm listed on the docket is allowed one line to call in for the conference. If there are several attorneys at a firm, they should conference their lines together and call into the court's conference line on one line. If you have any questions, please contact chambers in Tuscaloosa at 205-561-1670.

Done this 7th day of August 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671