IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr101-LSC |
| | ) | |
| KALA R. DENNIS | ) | |

## UNITED STATES' MOTION IN LIMINE–WITNESS'S DOMESTIC VIOLENCE CHARGES

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby moves in limine as follows to exclude all reference by the defendant to pending misdemeanor domestic violence charges against Government witness Art Anthony.

**I.   STATEMENT OF FACTS**

At the trial of this matter, the United States intends to call Art Anthony of the Georgia Bureau of Investigation as an expert witness in the area of handwriting analysis. The United States has learned and has disclosed to the defendant that there is a pending domestic violence charge against Art Anthony. Specifically, in case number 08-04329-S2, in the State Court of Gwinnett County, Georgia, Anthony has been charged with one count of Battery-Family Violence, and two counts of Simple Battery. These charges are misdemeanors and are unrelated to Anthony's job as a handwriting analyst at the Georgia Bureau of Investigation. Anthony has not been charged with any conduct relating to false statements or dishonesty. Anthony has not been convicted of these charges and is scheduled for arraignment on August 14, 2008. Anthony has not been suspended or fired from his employment as a result of these charges. Anthony

not requested, and the United States has not offered, any assistance regarding this charge in exchange for his testimony.

II.   **ARGUMENT**

The Government requests that the defendant be excluded from presenting evidence or cross-examining Anthony regarding the pending domestic violence charges. The domestic violence charges are not a proper subject of cross-examination pursuant to Fed. R. Evid. 608 or 609, as the charges are unrelated to Anthony's character for untruthfulness, he has not been convicted of the offenses, and the crimes do not allege any false statements or dishonesty. Permitting cross-examination into pending domestic violence charges would not be probative of truthfulness or untruthfulness as there is no allegation of fraud or dishonesty. *See Ad-Vantage Telephone Directory Consultants, Inc. v. GTE Directories Corp.*, 37 F.3d 1460, 1463 (11th Cir. 1994) ("Acts probative of untruthfulness under Rule 608(b) include such acts as forgery, perjury, and fraud."); *accord United States v. Novation*, 271 F.3d 968, 1006 (11th Cir. 2001).

Anthony is to testify as an expert witness and the charges are unrelated to his analysis or professional credentials; therefore, the pending charges do not call into question his qualification as an expert or the quality of his analysis in this case. Evidence of, or cross-examination into, these charges is not relevant to Anthony's testimony or to any issue at trial, as it would not have "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401. Even if relevant, however, the probative value of such evidence would be substantially outweighed by the danger of unfair prejudice, because the only purpose would be to inflame the

-3-

jury against Anthony over a charge for which he has not been convicted that is unrelated to his role in the investigation in this case. *See* Fed. R. Evid. 403.

## CONCLUSION

For the reasons set forth above, the United States requests that the Court grant its Motion in Limine and prohibit the defendant from presenting evidence of, or cross-examining Art Anthony about, the pending domestic violence charges against Anthony .

Respectfully submitted this the 11th day of August, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Matthew W. Shepherd
        MATTHEW W. SHEPHERD
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr101-LSC |
| | ) | |
| KALA R. DENNIS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tim Halstrom, Esq.

    Respectfully submitted,

    /s/Matthew W. Shepherd
    MATTHEW W. SHEPHERD
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    matthew.shepherd@usdoj.gov