IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:07cr101 |
| | ) | |
| KALA R. DENNIS | ) | |

**GOVERNMENT'S MOTION IN LIMINE (SUMMARY CHART)**

I.   STATEMENT OF FACTS

Kala Dennis is charged with conspiring to embezzle money from her employer, a casino. The evidence against her has three major components: (a) the testimony of the co-conspirator, Frederick Burrell, (b) discrepancies over a five-month period in one of the casino's records, referred to as the "reconciliation sheet," and (c) unexplained cash transactions that Dennis engaged in during the same time that the thefts were occurring.

The Government intends to introduce a summary chart into evidence,[1] which would contain an entry for each of the 74 suspect reconciliation sheets.  The following entries[2] are typical:

| Date | Burrell Job | Dennis Job | Ticket/Reconciliation Sheet Difference | Reconciliation Sheet Signatures | | |
|---|---|---|---|---|---|---|
| | | | | Operations | Attendant | Verifier |
| July 26 | Operations | Operations | $1,500    Cadillac | Dennis | Cayson | Jones |
| | | | $700      Cadillac | Burrell | Henderson | Jones |
| | | | $300      Cadillac | Burrell | H. Williams | Jones |
| Oct. 25 | P.O.S. | Operations | $12,000 Nova $5,000<br>               Cadillac $7,000 | Dennis | Burrell | Jones |
| Nov. 15 | Off | Operations | $2,000    Nova | Dennis | Stanfield | B. Johnson |

---

[1] A draft of the chart is attached hereto as Exhibit A.

[2] Copies of the five reconciliation sheets underlying these entries are attached as Exhibit B.

The "Burrell Job" column shows whether or not Burrell was working on a particular day and, if he was, which particular job he was performing. This is based on a review of the 74 suspect reconciliation sheets, Burrell's time cards, and certain other documents that show what function Burrell was performing on a particular day. All of these documents will be in evidence. The "Dennis Job" column is similar.

The "Ticket/Reconciliation Sheet Difference" column shows the discrepancy between the amount paid out to gamblers (as measured by the "tickets" the gambler received from the machine and turned in to a cashier for payment) and the amount put down on the form, numbers which should have matched but which differ by the amounts shown on the chart. (The terms "Nova" and "Cadillac" refer to the particular game in question.) An accountant retained by the Government will testify to these discrepancies, which involves a review of thousands of the tickets and a comparison of the total ticket amount to the amount on the form. The Government intends to introduce the tickets into evidence.

The final columns, under the header "Reconciliation Sheet Signatures," refer to the three individuals who are supposed to sign each reconciliation sheet: the "attendant," who is the cashier who pays out the money to the customers, the "operations" clerk, who records on the form the cash issued to and the cash and tickets received from the cashier, and the "verifier," a supervisor who confirms the totals on the form. (The Government anticipates that Burrell will testify that he noticed that the supervisors were not re-totaling the tickets, which allowed Burrell and Dennis to manipulate the records to conceal the thefts.). These columns will be established by a review of the reconciliation sheets and testimony concerning the identity of the signing individuals.

For the reasons set forth below, based on these facts, the Court should allow admission of the summary chart into evidence.³

## II.    ARGUMENT

Under the Fed. R. Evid. 1006, the Government may present a summary chart of records too "voluminous" to be "conveniently . . . examined in court." A summary admitted pursuant to Rule 1006 "constitutes substantive evidence." *Peat, Inc. v. Vanguard Research, Inc.*, 378 F.3d 1154, 1159 (11th Cir. 2004); *see also United States v. Smyth*, 556 F.2d 1179, 1184 (5th Cir. 1977) ("[W]e construe [Rule 1006] as treating summaries as evidence.").

Here, the chart meets Rule 1006's requirements. The "Ticket/Reconciliation Sheet Difference" column is clearly a summary of voluminous records, given the thousands of individual winning tickets that comprise the basis for the calculations. While the other columns are based on fewer documents, the extraction of 370 data points from more than 75 documents over a five-month period satisfies the requirement that the records cannot be "conveniently" examined in court. *See United States v. Evans*, 910 F.2d 790, 800 (11th Cir. 1990) (district court did not abuse its discretion in admitting a summary chart that "brought together a total of sixty $100 per month payments that [defendant] received over a five year period."), *aff'd on other grounds* 504 U.S. 255 (1992).

Another requirement set forth in the case law is that chart should avoid argumentative matter. *See Peat*, 378 F.3d at 1159; *Smyth*, 556 F.2d at 1184 n.12; *see also United States v.*

---

³The undersigned AUSA discussed this matter with Dennis's counsel. As the Government understands the defense's position, she does not dispute that the Government may use the chart as a demonstrative device during the trial and during argument, but she is not willing to concede at this point that it could be admitted into evidence and used by the jury during deliberations.

*Richardson*, 233 F.3d 1285, 1294 (11th Cir. 2000) (no reversible error when admitted charts contained a header labeled "unauthorized transaction" but label was changed before charts went to the jury). Here, the column headers used by the Government are neutral and employ no labels that imply that money was stolen, let alone that Dennis was responsible.

Finally, if desired by the defendant, the Government would not object to a jury instruction along the following lines:

> A summary chart prepared by the Government has been admitted into evidence and has been shown to you during the trial for the purpose of explaining facts that are allegedly contained in books, records, or other documents which are also in evidence in the case. You may consider the chart as you would any other evidence admitted during the trial and give it such weight or importance, if any, as you feel it deserves.

*See* 1A O'Malley, Grenig & Lee, *Fed. Jury Prac. & Instr.* § 14:02 (6th ed. 2008).

## CONCLUSION

For the reasons set forth above, the United States requests that the Court grant its Motion in Limine.

Respectfully submitted this the 12th day of August, 2008.

Dated: August 12, 2008

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov
Bar ID 43641

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr101 |
| | ) | |
| KALA R. DENNIS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Tim Halstrom, Esq.

            Respectfully submitted,

            /s/Andrew O. Schiff
            ANDREW O. SCHIFF
            Assistant United States Attorney
            131 Clayton Street
            Montgomery, AL 36104
            Phone: (334) 223-7280
            Fax: (334) 223-7135
            E-mail: andrew.schiff@usdoj.gov
            Bar ID 43641

**DRAFT–8/12/2008**

| Date | Burrell Job | Dennis Job | Ticket/Reconciliation Sheet Difference | Reconciliation Sheet Signatures | | |
|---|---|---|---|---|---|---|
| | | | | Operations | Attendant | Verifier |
| July 1 | Operations | Off | $2,000   Cadillac | Burrell | Gilchrist | Ferrell |
| July 5 | Operations | Off | $2,000   Canyon $1,000 Cadillac $1,000 | Burrell | Cayson | Ferrell |
| | | | $1,000   Canyon | Burrell | A. Williams | Ferrell |
| July 26 | Operations | Operations | $1,500   Cadillac | Dennis | Cayson | Jones |
| | | | $700      Cadillac | Burrell | Henderson | Jones |
| | | | $300      Cadillac | Burrell | H. Williams | Jones |
| Aug. 2 | P.O.S. and Floor | Operations | $2,000   Canyon $1,000 Cadillac $1,000 | Dennis | Cayson | Jones |
| | | | $1,000   Cadillac | Dennis | Gilchrist | Jones |
| | | | $2,000   Canyon $1,000 Cadillac $1,000 | Dennis | Henderson | Jones |
| Aug. 5 | P.O.S. and Floor | Operations | $1,000   Cadillac | Dennis | A. Williams | Ferrell |
| | | | $1,000   Canyon | Dennis | H. Williams | Ferrell |
| | | | $4,000   Cadillac | Dennis | Still | Ferrell |
| Aug. 7 | Operations and Floor | Operations | $3,000   Canyon $2,000 Cadillac $1,000 | Dennis | Cayson | Ferrell |
| | | | $3,000   Canyon $2,000 Cadillac $1,000 | Dennis | Samuel | Ferrell |
| | | | $2,000   Cadillac | Burrell | Henderson | Ferrell |
| | | | $2,000   Canyon $1,000 Cadillac $1,000 | Burrell | H. Williams | Ferrell |
| Aug. 9 | Off | Operations | $2,000   Canyon $1,000 Cadillac $1,000 | Dennis | H. Williams | Jones |
| | | | $1,000   Canyon | Dennis | Henderson | Jones |
| Aug. 10 | Operations | Operations | $2,000   Canyon $1,000 Cadillac $1,000 | Burrell | Stanfield | Jones |

**DRAFT–8/12/2008**

| Date | Burrell Job | Dennis Job | Ticket/Reconciliation Sheet Difference | Reconciliation Sheet Signatures | | |
|---|---|---|---|---|---|---|
| | | | | **Operations** | **Attendant** | **Verifier** |
| Aug. 14 | Floor | Operations | $4,000   Canyon $2,000 Cadillac $2,000 | Dennis | Carr | Ferrell/ Jones |
| | | | $4,000   Canyon $1,000 Cadillac $1,000 | Dennis | Samuel | Ferrell/ Jones |
| | | | $5,000   Canyon $2,000 Cadillac $3,000 | Dennis | Stanfield | Ferrell/ Jones |
| Aug. 19 | Operations and Floor | Operations | $3,000   Canyon $2,000 Cadillac $532.53 C2 $467.47 | Burrell | Sanders | Lusane |
| | | | $4,000   Canyon $2,000 Cadillac $2,000 | Burrell | Still | Lusane |
| | | | $4,071.98  Canyon $2,000 Cadillac $2,071.98 | Burrell | A. Williams | Lusane |
| Aug. 20 | Operations and Floor | Operations | $4,000   Canyon $2,000 Cadillac $2,000 | Burrell | Still | Jones |
| Aug. 30 | Off | Operations | $1,000   Canyon | Dennis | Henderson | S. Johnson |
| | | | $1,000   Canyon | Dennis | Y. Johnson | S. Johnson |
| | | | $1,000   Canyon | Dennis | H. Williams | S. Johnson |
| Aug. 31 | Operations and Floor | Operations | $2,000   Canyon | Dennis | Stanfield | S. Johnson |
| Sept. 4 | Off | Operations | $2,000   Canyon | Dennis | Henderson | Ferrell |
| | | | $1,000   Canyon | Dennis | H. Williams | Ferrell |
| Sept. 6 | Off | Operations | $2,000   Canyon | Dennis | Henderson | Jones |
| | | | $1,000   Canyon | Dennis | Y. Johnson | Jones |
| Sept. 10 | Off | Operations | $4,000   Canyon $2,000 Cadillac$2,000 | Dennis | Samuel | Jones |
| | | | $5,000   Canyon $2,000 Cadillac$3,000 | Dennis | Still | Jones |
| Sept. 11 | Off | Operations | $5,000   Canyon $2,000 Cadillac$2,000 | Dennis | S. Williams | Jones |

**DRAFT–8/12/2008**

| Date | Burrell Job | Dennis Job | Ticket/Reconciliation Sheet Difference | Reconciliation Sheet Signatures | | |
|---|---|---|---|---|---|---|
| | | | | Operations | Attendant | Verifier |
| Sept. 12 | Off | Operations | $5,000  Canyon $4,000 Cadillac$1,000 | Dennis | Samuel | Jones |
| | | | $1,000  Canyon | Dennis | Still | Jones |
| | | | $4,000  Canyon | Dennis | H. Williams | Jones |
| Sept. 13 | Off | Operations | $1,000  Canyon | Dennis | Gilchrist | Bailey |
| Sept. 25 | P.O.S. | Operations | $12,000 Canyon $6,000 Cadillac$6,000 | Dennis | Burrell | Jones |
| | | | $4,000  Canyon | Dennis | McBride | Jones |
| | | | $5,000  Canyon $3,000 Cadillac$2,000 | Dennis | Still | Jones |
| Sept. 26 | Off | Operations | $2,955  Cadillac | unsigned | Johnson | unsigned |
| | | | $7,000  Canyon $4,000 Cadillac$3,000 | Dennis | Tyler | Jones |
| Oct. 2 | Off | Operations | $4,000  Canyon | Dennis | Bibb | Ferrell |
| Oct. 4 | Off | Operations | $5,000  Cadillac | Dennis | Y. Johnson | Jones |
| | | | $1,000  Canyon | Dennis | Larkin | Jones |
| Oct. 5 | Operations and P.O.S. | Operations | $14,000 Canyon $7,000 Cadillac$7,000 | Dennis | Burrell | S. Johnson |
| Oct. 9 | Off | Operations | $2,000  Cadillac | Dennis | Henderson | Jones |
| Oct. 10 | Off | Operations | $2,000  Canyon | Dennis | Still | Jones |
| Oct. 11 | Off | Operations | $5,000  Cadillac | Dennis | Henderson | Jones |
| | | | $5,000  Canyon $2,000 Cadillac$3,000 | Dennis | Y. Johnson | Jones |
| Oct. 16 | Off | Operations | $10,000 Canyon $5,000 Cadillac$5,000 | Dennis | Henderson | Jones |
| Oct. 17 | Off | Operations | $2,000  Cadillac | Dennis | Hall | Jones |
| | | | $8,000  Canyon $3,000 Cadillac$5,000 | Dennis | Henderson | Jones |
| Oct. 18 | Off | Operations | $5,000  Cadillac | Dennis | Henderson | Jones |
| Oct. 23 | Off | Operations | $5,000  Cadillac | Dennis | Stanfield | Jones |

**DRAFT–8/12/2008**

| Date | Burrell Job | Dennis Job | Ticket/Reconciliation Sheet Difference | Reconciliation Sheet Signatures | | |
|---|---|---|---|---|---|---|
| | | | | Operations | Attendant | Verifier |
| Oct. 24 | Off | Operations | $8,000  Canyon $3,000 Cadillac $5,000 | Dennis | Henderson | Jones |
| Oct. 25 | P.O.S. | Operations | $12,000 Nova $5,000 Cadillac $7,000 | Dennis | Burrell | Jones |
| Oct. 26 | P.O.S. | Operations | $2,000  Cadillac | Dennis | Burrell | Bailey |
| Oct. 30 | Off | Operations | $5,000  Cadillac | Dennis | Henderson | Jones |
| Oct. 31 | P.O.S. | Operations | $2,000  Nova | Dennis | Burrell | B. Johnson |
| Nov. 1 | Off | Operations | $5,000  Nova $3,000 Cadillac $2,000 | Dennis | Henderson | B. Johnson |
| Nov. 6 | Operations and P.O.S. | Operations | $4,000  Nova $2,000 Cadillac $2,000 | Dennis | Burrell | B. Johnson |
| Nov. 9 | Operations | Operations | $5,000  Canyon $2,000 Cadillac $3,000 | Dennis | Stanfield | Walker |
| Nov. 15 | Off | Operations | $2,000  Nova | Dennis | Stanfield | B. Johnson |
| Nov. 16 | Operations | Operations | $5,000  Cadillac | Dennis | Gilchrist | Bailey |
| | | | $2,000  Cadillac | Dennis | Henderson | Bailey |
| | | | $5,000  Nova $3,000 Cadillac $2,000 | Dennis | Stanfield | Bailey |
| Nov. 20 | Operations and Floor | Operations | $5,000  Nova $2,000 Cadillac $3,000 | Dennis | Henderson | Jones |
| | | | $2,000  Cadillac | Burrell | Stanfield | Jones |
| Nov. 22 | Off | Operations | $5,000  Canyon $3,000 Cadillac $2,000 | Dennis | Henderson | B. Johnson |

| TALLAPOOSA 2 | | DATE: 7/26/04 | | SHIFT: 2 | |
|---|---|---|---|---|---|
| CASHIER: Betty Cayson | | | | | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $4617.50 | AMOUNT | $5100.00 | AMOUNT | $2000.00 |
| ISSUED BY: | [sig] | ISSUED BY: | [sig] | ISSUED BY: | [sig] |
| RECEIVED BY: | [sig] | RECEIVED BY: | [sig] | RECEIVED BY: | [sig] |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $1500.00 | AMOUNT | $100.00 | AMOUNT | $1600.00 |
| ISSUED BY: | 15 cash | ISSUED BY: | [sig] | ISSUED BY: | [sig] |
| RECEIVED BY: | [sig] | RECEIVED BY: | [sig] | RECEIVED BY: | [sig] |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $5000.00 | AMOUNT | $1000.00 | AMOUNT | $2000.00 |
| ISSUED BY: | [sig] | ISSUED BY: | [sig] | ISSUED BY: | [sig] |
| RECEIVED BY: | [sig] | RECEIVED BY: | [sig] | RECEIVED BY: | [sig] |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $600.00 | AMOUNT | $1500.00 | AMOUNT | $1500.00 |
| ISSUED BY: | [sig] | ISSUED BY: | [sig] | ISSUED BY: | [sig] |
| RECEIVED BY: | [sig] | RECEIVED BY: | [sig] | RECEIVED BY: | [sig] |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

| JACKPOT BY CHECK: | | | |
|---|---|---|---|
| DIAMOND | $ | TOTAL BANKS ISSUED | $27117.50 |
| ROCKET | $ | DIAMOND PAYOUTS | $1096.37 |
| NOVA | $ | ROCKET PAYOUTS | $1718.81 |
| SDG | $ | NOVA PAYOUTS | $4640.20 |
| CANYON | $ | SDG PAYOUTS | $334.75 |
| CADILLAC | $ "1500.∞"  5,345.00 | CANYON PAYOUTS | $1084.50 |
| | | CADILLAC PAYOUTS | $6745.07 |
| | | CASH RETURNED | $1497.80 |
| | | OVER/(SHORT) | $ -0- |

| OPERATION FULL NAME: | [sig] | ATTENDANT FULL NAME: | [sig] |
|---|---|---|---|
| VERIFIED BY: | [sig] | DATE / TIME: | |

GOVERNMENT EXHIBIT
CASE NO. 07-cr-101
EXHIBIT NO. 4

| TALLAPOOSA 2 | | DATE: 7-26-04 | | SHIFT: 2 | |
|---|---|---|---|---|---|
| CASHIER: Wilma Henderson | | | | POS | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $4617.50 | AMOUNT | $500 | AMOUNT | $500 |
| ISSUED BY: | [sig] | ISSUED BY: | [sig] | ISSUED BY: | [sig] |
| RECEIVED BY: | Wilma | RECEIVED BY: | Wilma | RECEIVED BY: | Wilma |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $100 | AMOUNT | $60 | AMOUNT | $ |
| ISSUED BY: | [sig] | ISSUED BY: | [sig] | ISSUED BY: | |
| RECEIVED BY: | Wilma | RECEIVED BY: | Wilma | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

GOVERNMENT EXHIBIT
CASE NO. 07-cr-101
EXHIBIT NO. 5

| JACKPOT BY CHECK: | | | |
|---|---|---|---|
| DIAMOND | $ | TOTAL BANKS ISSUED | $ 10917.50 |
| ROCKET | $ | DIAMOND PAYOUTS | $ 843.13 |
| NOVA | $ | ROCKET PAYOUTS | $ 628.24 |
| SDG | $ | NOVA PAYOUTS | $ 2505.15 |
| CANYON | $ | SDG PAYOUTS | $ 44.24 |
| CADILLAC | $ (700) 3813.94 | CANYON PAYOUTS | $ 1316.95 |
| | | CADILLAC PAYOUTS | $ 4513.94 |
| | | CASH RETURNED | $ 1066.85 |
| | | OVER/(SHORT) | $ 0 |

OPERATION FULL NAME: [sig]   ATTENDANT FULL NAME: Wilma Henderson

VERIFIED BY: [sig]   DATE / TIME:

| TALLAPOOSA 2 | | DATE: 7/26/04 | | SHIFT: 2 | |
|---|---|---|---|---|---|
| CASHIER: Hertensia Williams | | | | | |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ 4617.50 | AMOUNT | $ 2200.00 | AMOUNT | $ 500.00 |
| ISSUED BY: | Arnell | ISSUED BY: | Arnell | ISSUED BY: | Arnell |
| RECEIVED BY: | Hertensia W | RECEIVED BY: | Hertensia W | RECEIVED BY: | Hertensia W |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ 2600.00 | AMOUNT | $ 500.00 | AMOUNT | $ |
| ISSUED BY: | Keela Owe | ISSUED BY: | Keela | ISSUED BY: | |
| RECEIVED BY: | Hertensia W | RECEIVED BY: | Hertensia W | RECEIVED BY: | |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| | BANK ISSUED | | BANK ISSUED | | BANK ISSUED |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

| JACKPOT BY CHECK: | | | |
|---|---|---|---|
| DIAMOND | $ | TOTAL BANKS ISSUED | $ 15917.50 |
| ROCKET | $ | DIAMOND PAYOUTS | $ 3288.05 |
| NOVA | $ | ROCKET PAYOUTS | $ 47.75 |
| SDG | $ | NOVA PAYOUTS | $ 848.80 |
| CANYON | $ | SDG PAYOUTS | $ 555.39 |
| CADILLAC | $ | CANYON PAYOUTS | $ 2046.25 |
| | | CADILLAC PAYOUTS | $ 6318.43 (6,018.43) |
| | | CASH RETURNED | $ 3112.83 (2812.83) |
| | | OVER/(SHORT) | $ 0 |

OPERATION FULL NAME: Arnell

ATTENDANT FULL NAME: Hertensia Williams

VERIFIED BY: Greg Green

DATE / TIME:

GOVERNMENT EXHIBIT
CASE NO. 07-cr-101
EXHIBIT NO. 6

TALLAPOOSA  DATE: 10-26-04  SHIFT: 
CASHIER: Frederick Burrell  POS:

| BANK ISSUED | | BANK ISSUED | | BANK ISSUED | |
|---|---|---|---|---|---|
| AMOUNT | $ 4617.50 | AMOUNT | $ 4600.00 | AMOUNT | $ 200.00 |
| ISSUED BY: | Kalu Am | ISSUED BY: | Kalu Am | ISSUED BY: | K. Christian |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ 1500.00 | AMOUNT | $ 2500.00 | AMOUNT | $ 4000.00 |
| ISSUED BY: | K. Christian | ISSUED BY: | K. Christian | ISSUED BY: | K. Christian |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ 1500.00 | AMOUNT | $ 500.00 | AMOUNT | $ 4300.00 |
| ISSUED BY: | K. Christian | ISSUED BY: | K. Christian | ISSUED BY: | Kalu Am |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ 1200.00 | AMOUNT | $ 5000.00 | AMOUNT | $ 4200.00 |
| ISSUED BY: | Kalu Am | ISSUED BY: | Kalu Am | ISSUED BY: | Kalu Am |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |
| **BANK ISSUED** | | **BANK ISSUED** | | **BANK ISSUED** | |
| AMOUNT | $ | AMOUNT | $ | AMOUNT | $ |
| ISSUED BY: | | ISSUED BY: | | ISSUED BY: | |
| RECEIVED BY: | | RECEIVED BY: | | RECEIVED BY: | |

JACKPOT BY CHECK:

| | | | |
|---|---|---|---|
| DIAMOND | $ | TOTAL BANKS ISSUED | $ 34917.50 |
| ROCKET | $ | DIAMOND PAYOUTS | $ 2022.93 |
| NOVA | -$ 5000.00   3637.10 | ROCKET PAYOUTS | $ 1471.89 |
| SDG | $ | NOVA PAYOUTS | $ 8637.10 |
| CANYON | $ | SDG PAYOUTS | $ 1225.13 |
| CADILLAC | $ 7000.00   6869.25 | CANYON PAYOUTS | $ 1007.00 |
| C2 | $ | CADILLAC PAYOUTS | $ 13,869.25 |
| | | C2 | $ 781.32 |
| | | CASH RETURNED | $ 5302.88 |
| | | OVER/(SHORT) | $ -0- |

OPERATION FULL NAME: Kalu Allen   ATTENDANT FULL NAME:
VERIFIED BY:   DATE / TIME: 10/26/04  12:00

| CASHIER: Bu? Stauffer? | DATE: 11/16/04 | SHIFT: 2 | P.C.S. |
|---|---|---|---|
| **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** |
| AMOUNT $1,600.50 | AMOUNT $4,600.00 | AMOUNT $1200.00 | |
| ISSUED BY: K.Christian | ISSUED BY: K.Christian | ISSUED BY: [sig] | |
| RECEIVED BY: [sig] | RECEIVED BY: [sig] | RECEIVED BY: [sig] | |
| **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** |
| AMOUNT $5000.00 | AMOUNT $2100.00 | AMOUNT $2100.00 | |
| ISSUED BY: K.Christian | ISSUED BY: [sig] | ISSUED BY: K.Christian | |
| RECEIVED BY: [sig] | RECEIVED BY: [sig] | RECEIVED BY: [sig] | |
| **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** | **BANK ISSUED** |
| AMOUNT $1600.00 | AMOUNT $3,600.00 | AMOUNT $1600.00 | |
| ISSUED BY: K.Christian | ISSUED BY: K.Christian | ISSUED BY: [sig] | |
| RECEIVED BY: [sig] | RECEIVED BY: [sig] | RECEIVED BY: [sig] | |

GOVERNMENT EXHIBIT
CASE NO. 07-cr-101
EXHIBIT NO. 68

JACKPOT BY CHECK:

| | | |
|---|---|---|
| DIAMOND $ | TOTAL BANKS ISSUED | $26,317.50 |
| ROCKET $ | DIAMOND PAYOUTS | $4237.93 |
| NOVA -$ 4820020  35521.05 | ROCKET PAYOUTS | $825.14 |
| SDG $ | NOVA PAYOUTS | $9396.25 |
| CANYON $ | SDG PAYOUTS | $155.74 |
| CADILLAC $ | CANYON PAYOUTS | $2516.05 |
| C2 $ | CADILLAC PAYOUTS | $7145.75 |
| | C2 | $486.00 |
| | CASH RETURNED | $1430.44 |
| | OVER/(SHORT) | $ |

OPERATION FULL NAME: [sig]
ATTENDANT FULL NAME: [sig]
VERIFIED BY: Bonita Johnson
DATE/TIME: 11/16/04  2:00 am