UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORHTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:07-CR-00101-LSC-WC |
| | ) | |
| KALA DENNIS, | ) | |
| Defendant. | ) | |

**FILED**

AUG 2 1 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

### VERDICT

We, the jury, find the Defendant, Kala Dennis,

_____ Not Guilty __✓__ Guilty as to Count One

_____ Not Guilty __✓__ Guilty as to Count Two

_____ Not Guilty __✓__ Guilty as to Count Three

_____ Not Guilty __✓__ Guilty as to Count Four

_____ Not Guilty __✓__ Guilty as to Count Five

_____ Not Guilty __✓__ Guilty as to Count Six

_____ Not Guilty __✓__ Guilty as to Count Seven

_____ Not Guilty __✓__ Guilty as to Count Eight

_____ Not Guilty __✓__ Guilty as to Count Nine

_____ Not Guilty __✓__ Guilty as to Count Ten

_____ Not Guilty __✓__ Guilty as to Count Eleven

_____ Not Guilty __✓__ Guilty as to Count Twelve

_____ Not Guilty __✓__ Guilty as to Count Thirteen

_____ Not Guilty __✓__ Guilty as to Count Fourteen

_____ Not Guilty __✓__ Guilty as to Count Fifteen

Page 2 of 3 Verdict Form                                          2:07-CR-0101-LSC-WC
                                                                  USA v. Kala Dennis

_____ Not Guilty ___✓___ Guilty as to Count Sixteen

_____ Not Guilty ___✓___ Guilty as to Count Seventeen

_____ Not Guilty ___✓___ Guilty as to Count Eighteen

_____ Not Guilty ___✓___ Guilty as to Count Nineteen

_____ Not Guilty ___✓___ Guilty as to Count Twenty

_____ Not Guilty ___✓___ Guilty as to Count Twenty One

_____ Not Guilty ___✓___ Guilty as to Count Twenty Two

_____ Not Guilty ___✓___ Guilty as to Count Twenty Three

_____ Not Guilty ___✓___ Guilty as to Count Twenty Four

_____ Not Guilty ___✓___ Guilty as to Count Twenty Five

_____ Not Guilty ___✓___ Guilty as to Count Twenty Six

_____ Not Guilty ___✓___ Guilty as to Count Twenty Seven

_____ Not Guilty ___✓___ Guilty as to Count Twenty Eight

_____ Not Guilty ___✓___ Guilty as to Count Twenty Nine

_____ Not Guilty ___✓___ Guilty as to Count Thirty

_____ Not Guilty ___✓___ Guilty as to Count Thirty One

_____ Not Guilty ___✓___ Guilty as to Count Thirty Two

_____ Not Guilty ___✓___ Guilty as to Count Thirty Three

_____ Not Guilty ___✓___ Guilty as to Count Thirty Four

_____ Not Guilty ___✓___ Guilty as to Count Thirty Five

Page 3 of 3  Verdict Form

2:07-CR-0101-LSC-WC
USA v. Kala Dennis

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Thirty Six

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Thirty Seven

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Thirty Eight

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Thirty Nine

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Forty

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Forty One

_____ Not Guilty   \_\_✓\_\_ Guilty  as to Count Forty Two

\_\_8/21/08\_\_
Date

\_\_\_[signature]\_\_\_
Foreperson's Signature